PS 40
(Rev. 6/05)

# UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** U.S. District Court, Middle District of PA
235 North Washington Avenue
Scranton, PA 18330

☐ **Original Notice**
**Date:** _____
**By:** _____

[X] **Notice of Disposition**
**Date:** June 17, 2014
**By:** Holly Snell, Deputy Clerk

---

**Defendant:** Mark A. Ciavarella
**Date of Birth:** ███████
**SSN** ███████

**Case Number:** 3:09-CR-028-2; 3:09-CR-00272-02
**Place of Birth:** Pennsylvania, U.S.A.

---

**Notice of Court Order** (Order Date: _____ )

☐ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

## NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[X] Defendant convicted – Document and copy of judgment enclosed.

---

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court